UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON GRANT HUNWARDSEN,
    Petitioner,

v.

CLARK DUCART,
    Respondent.

Case No. 16-cv-03458-JCS (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges convictions he received in the Merced County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** June 27, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRANT HUNWARDSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARK DUCART,<br><br>    Defendant. | Case No.  16-cv-03458-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Grant Hunwardsen ID: A53045
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: June 27, 2016

                                         Susan Y. Soong
                                         Clerk, United States District Court

                                         By: *Karen L. Hom*
                                         Karen Hom, Deputy Clerk to the
                                         Honorable JOSEPH C. SPERO